> **Motion DENIED.**
>
> This the 20th day of February, 20 19.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED

FEB 05 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK  1-30-19

I, Angelo Newkirk Jr., 60032056, am requesting to be terminated from post release supervision early. I want to get in court as soon as possible. My case number is 4:09-CR-0008-FL-1. Please respond in writing, 1909 Andrew Johnson Dr. Kinston NC 28501